IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02678-DDD-SKC

MORDHORST CLEANING LLC,

     Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

     Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Order Dismissing Case Without Prejudice, by Judge Daniel D. Domenico (**Doc. #22**) filed on January 21, 2022, it is

ORDERED that the case is dismissed without prejudice in accordance with Doc #22.

The case is closed.

DATED this 24th day of January, 2022.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              s/P. Glover
                                  Deputy Clerk